In the Matter of MARTHA J. STEWART, Appellant.

CHARLES A. PEACOCK, as Executor of EDWARD PRITCHARD, Deceased et al., Respondents.

Reported below, 265 App. Div. 814.
Submitted November 23, 1942; decided December 10, 1942.

*Harry H. Oshrin* for motion.

*Felix A. Muldoon* and *Edgar R. Mead* opposed. ·

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground the order does not finally determine the proceeding within the meaning of the Constitution.